JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARACELI ULLOA,<br><br>          Petitioner,<br><br>          v.<br><br>WARDEN, Victorville Camp FCI Medium I,<br><br>          Respondent. | Case No. 2:23-cv-06471-KK-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 23, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE